1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone No. 559-497-4036

5

6
            IN THE UNITED STATES DISTRICT COURT FOR THE
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9  DAWN R. MURPHY,              )    1:05-cv-0952 LJO
                                 )
10              Plaintiff,       )    STIPULATION AND ORDER
                                 )    TO EXTEND TIME
11                               )
           v.                    )
12                               )
   JO ANNE B. BARNHART,          )
13 Commissioner of Social        )
   Security,                     )
14                               )
                Defendant.       )
15 _____)

16

17     The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's confidential

19 letter brief be extended from March 9, 2006 to April 10, 2006.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                 1

1  This is defendant's first request for an extension of time
2  to respond to plaintiff's confidential letter brief.  Defendant
3  needs the additional time to further review the file and prepare
4  a response in this matter.

Respectfully submitted,

Dated: March 13, 2006          /s/ Bruce J. Hagel
                               (As authorized via facsimile)
                               BRUCE J. HAGEL
                               Attorney for Plaintiff


Dated: March 13, 2006          McGREGOR W. SCOTT
                               United States Attorney



                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney



IT IS SO ORDERED.

**Dated:   March 13, 2006**               **/s/ Lawrence J. O'Neill**
66h44d                           UNITED STATES MAGISTRATE JUDGE

2