McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone No. (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN R. MURPHY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | 1:05-CV-0952 LJO<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT<br>IN FAVOR OF PLAINTIFF AND<br>AGAINST DEFENDANT |

　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

　　On remand, the Appeals Counsel will instruct an Administrative Law Judge ("ALJ") to take the following action:

　　1. Obtain a consultative speech pathology examination with a medical source statement to clarify whether listing 2.09 is met or equaled;

　　2. Recontact Claimant's treating surgeon Dr. Dubose with the purpose of determining whether the resulting limitations of claimant's tracheotomy equals or meets Listing 2.09; and,

///

3. If a listing is not met or equaled, obtain vocational expert testimony to consider whether the claimant's nonexertional limitations allow the performance of other work that exists in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 5, 2006        /s/ Bruce J. Hagel
                            (As authorized via facsimile)
                            BRUCE J. HAGEL
                            Attorney for Plaintiff


Dated: April 5, 2006        McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney


This Court DIRECTS the clerk to enter judgment in favor of plaintiff Dawn Murphy and against defendant Jo Ann B. Barnhart, Commissioner of Social Security, and to close this action.

IT IS SO ORDERED.

**Dated:   April 5, 2006**                **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE